IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK H. PRICE,

    Plaintiff,

  v.

Case No. 19-cv-61-jdp

DON STRAHOTA, DAN WINKLESKI,
LARRY FUCHS, CARL HENRICHSEN,
CORY M. RAHLF, AND
ERIC A. WEIGEL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/20/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |